898 F.2d 139
 Brightwell (Bobby E.)
v.
Balzer (Lt.), Vargo (Lt.), Krysevig (Lt.), Cassidy
(Officer), Palmieri (Officer), Gaitor (Sgt.), Rakszawski
(J.), Waajid (R.), Garcia (Officer), Petsock (George),
Weyandt (Lawrence), Gilberti (Dr.), Wigton (James A.), Coles
(Ricardo W.)
 NO. 89-3613
 United States Court of Appeals,
Third Circuit.
 FEB 07, 1990
 
 Appeal From: W.D.Pa.,
 Diamond, J.
 
 
 1
 AFFIRMED.